UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-26-T-17TBM

HECTOR ARBOLEDA CAMPAZ
_____

O R D E R

This cause is before the Court on the motion for miscellaneous relief, specifically Copies and for leave to proceed In Forma Pauperis by Hector Arboleda Campaz (Docket No. 331).

To the extent that this is a request for trial and court records and transcripts, the request will be denied because the defendant can file post-trial proceedings without a complete record of his case. See Donovan v. Maine, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); Lloyd v. Van Natta, 296 F.3d 630 (7th Cir. 2002), cert. denied, 537 U.S. 1121 (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling). The Court finds no reason to grant in forma pauperis status at this juncture. Accordingly, it is

**ORDERED** that motion for miscellaneous relief, specifically Copies and for leave to

proceed In Forma Pauperis by Hector Arboleda Campaz (Docket No. 331) is **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 26th day of October, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All
Parties and Counsel of Record